**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY DOUGLAS MINER,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>GEORGE NEOTTI, Warden,<br><br>　　　　　Respondent. | NO. CV 10-07419 ODW (SS)<br><br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 2, 2012

　　　　　　　　　　　　　　　　　　／s／ Otis D. Wright
　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE